IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| FARRIS BURRELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-AR-1689-S |
| | ) |
| KENNETH JONES, Warden; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

<u>MEMORANDUM OF OPINION</u>

Respondents have filed an Answer to the Court's Order to Show Cause addressing whether the petition for writ of habeas corpus is a successive petition. Respondents state in their response that petitioner is challenging the same conviction he has challenged in two earlier petitions filed in this court, CV 01-PT-3153-S and CV 06-BE-1304-S.

Title 28 U.S.C. § 2244(b)(3)(A) provides:

> Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.

In *Hill v. Hopper*, 112 F.3d 1088, 1089 (11th Cir.), *cert. denied,* 520 U.S. 1203 (1997) the Court of Appeals for the Eleventh Circuit held that where the petitioner had not applied to it for permission to file a second habeas petition the district court lacked jurisdiction under 28 U.S.C. § 2244(b)(3)(A) to consider petitioner's request for relief.

This court has not received an order from the Eleventh Circuit authorizing this court to consider his petition. This action is therefore due to be dismissed. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 31st day of October, 2007.

```
                                    _____
                                    WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE
```